FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT 17  PM 3: 13

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. RDB-13-2433 |
| $106,647.00 U.S. CURRENCY, | * | |
| Defendant | * | |

\* \* \* \* \* \* \*

## CLAIM OF OWNERSHIP

I, Adolfo-Gitchenos Aduso Lucas, hereby assert a claim to the $106,647.00 U.S. Currency seized in the above captioned case. I am the owner of the $106,647.00 U.S. Currency.

I, Adolfo-Gitchenos Aduso Lucas, hereby declare under penalty of perjury that the contents of the foregoing Claim of Ownership are true and correct to the best of my knowledge, information, and belief.

10-16-13
DATE

_____
Adolfo-Gitchenos Aduso Lucas

## CERTIFICATE OF SERVICE

I hereby certify that on this 17TH day of OCTOBER, 2013, I mailed a copy of the foregoing Claim of Ownership to: Stefan D. Cassella, Esquire, Assistant United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, MD 21201.

_____
BRIAN J. MURPHY