IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. RDB-13-2433 |
| $106,647.00 U.S. CURRENCY, | * | |
| Defendant | * | |

\* \* \* \* \* \* \*

## AMENDED CLAIM OF OWNERSHIP

I, Adolfo-Gitchenos Aduso Lucas, hereby assert a claim to all but $720.00 of the $106,647.00 U.S. Currency seized in the above captioned case. I am the owner of all but $720.00 the $106,647.00 U.S. Currency.

The $4,500.00 U.S. currency found in my vehicle upon my arrest was the proceeds of the sale of a 2000 Volkswagen Jetta that I had bought at a used car lot in Pennsylvania approximately six to eight months before and sold to a co-worker for $5,000.00. That co-worker had earlier paid me $500.00 toward the purchase of the car and had paid me the remaining $4,500.00 shortly before I was arrested.

A good part of the $101,427.00 U.S. currency found in the safe in my house was essentially working capital for and profits from my side occupations—the buying and selling of cars and the buying and selling of properties that I renovate. My primary occupation is that of a quality control inspector at Elite Spice in

1

Jessup, Maryland; I have worked there for many years. The original source of much of the working capital for these side occupations was the proceeds of the sale of a house that I and a partner bought, renovated, and resold in 2007 for a profit of approximately $126,000.00.

I, Adolfo-Gitchenos Aduso Lucas, hereby declare under penalty of perjury that the contents of the foregoing Amended Claim of Ownership are true and correct to the best of my knowledge, information, and belief.

_11/8/13_
DATE

_[signature]_
Adolfo-Gitchenos Aduso Lucas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November, 2013, a copy of the foregoing document was served by way of ECF on: Stefan D. Cassella, Esquire, Assistant United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, MD 21201.

/S/

_____
BRIAN J. MURPHY