IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. RDB-13-2433 |
| $106,647.00 U.S. CURRENCY, | * | |
| Defendant | * | |

\* \* \* \* \* \* \*

## SUPPLEMENTAL ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

Now comes Adolfo-Gitchenos Aduso Lucas, Claimant, by and through his attorney, Brian J. Murphy, and pursuant to Rule 8 of the Federal Rules of Civil Procedure and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, files this Supplemental Answers to Verified Complaint for Forfeiture.

1. The Claimant restates and incorporates by reference all of the assertions in his previously filed Answer to Verified Complaint for Forfeiture.

2. The Claimant restates and incorporates by reference the Affirmative Defense asserted in his previously filed Answer to Verified Complaint for Forfeiture.

3. The Claimant supplements his answer to paragraph 8 by responding to the Declaration of S/A Dennis W. Maye as follows:

1

The Claimant denies that there are sufficient facts to support a reasonable belief that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. 881(a)(6) for any of the reasons listed in that statutory provision. As to the particular allegations in the Declaration of S/A Dennis W. Maye, the Claimant responds as follows:

a. The Claimant admits the allegations in sub-paragraph a.

b. The Claimant admits the allegations in sub-paragraph b.

c. The Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations in sub-paragraph c.

d. The Claimant admits that the enumerated items were seized but asserts that the seizure of these items was illegal.

e. The Claimant admits that he was arrested and that the currency was seized but denies that the currency was drug proceeds.

f. The Claimant admits the allegations in sub-paragraph f.

g. The Claimant admits the allegations in sub-paragraph g.

h. The Claimant admits the allegations in sub-paragraph h.

i. The Claimant admits the allegations in sub-paragraph i.

j. The Claimant admits the allegations in sub-paragraph j.

k. The Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations in sub-paragraph k.

l. The Claimant admits that the enumerated items were seized but asserts that the seizure of these items was illegal.

m. The Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations in sub-paragraph m.

n. The Claimant admits the allegations in sub-paragraph n.

o. The Claimant admits the allegations in sub-paragraph o.

q. The Claimant admits the allegations in sub-paragraph q.

r. The Claimant admits the allegations in sub-paragraph r.

s. The Claimant admits the allegations in sub-paragraph s.

t. The Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations in sub-paragraph t.

u. The Claimant admits the allegations in sub-paragraph u.

v. The Claimant admits the allegations in sub-paragraph v.

Respectfully submitted,

/s/
_____
Brian J. Murphy
1206 St. Paul Street
Baltimore, MD 21202
(410) 347-2030

Counsel for Claimant
Adolfo-Gitchenos Aduso Lucas

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January, 2014, a copy of the foregoing document was served by way of ECF on: Stefan D. Cassella, Esquire, Assistant United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, MD 21201.

/s/
_____
BRIAN J. MURPHY